

# United States District Court
# Eastern District of California

| Nguyen et al. | Case Number: 2:23-cv-01615-WBS-CKD |
|---|---|
| Plaintiff(s) | |
| V. | |
| Jaddou | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Matthew Galati** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **All plaintiffs**

On **October 21, 2011** (date), I was admitted to practice and presently in good standing in the **Pennsylvania** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **8/10/23**    Signature of Applicant: /s/ **Matthew Galati**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Matthew Galati |
| Law Firm Name: | The Galati Law Firm |
| Address: | 8080 Old York Road |
| | Suite 225 |
| City: | Elkins Park   State: PA   Zip: 19027 |
| Phone Number w/Area Code: | 215-301-0231 |
| City and State of Residence: | Willow Grove, PA |
| Primary E-mail Address: | matt@galati.law |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Curtis Lee Morrison |
| Law Firm Name: | Red Eagle Law L.C. |
| Address: | 5256 S. MISSION ROAD, SUITE 135 |
| City: | Bonsall   State: CA   Zip: 92003 |
| Phone Number w/Area Code: | 7146613446   Bar #: 321106 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 17, 2023

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE